IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAVIER FLORES GAYTAN,                )
                                     )
                 Petitioner,         )
                                     )
        v.                           )              1:17cv979
                                     )
MICHAEL HARDEE,                      )
                                     )
                 Respondent.         )

**ORDER**

On June 24, 2026, the Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Gaytan's motion (Doc. 28) be construed as an attempt to file a second or successive § 2254 action.

IT IS FURTHER ORDERED that this action is DISMISSED due to Gaytan's failure to obtain certification from the Fourth Circuit as required by 28 U.S.C. §§ 2244 and 2255 and Fourth Circuit Local Rule 22(d).

                             /s/    Thomas D. Schroeder
                             United States District Judge
July 23, 2026